

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

AUG 23 2006

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

CLINTON FLOWERS
ADC# 112079                                                    PETITIONER

V.                                    5:04CV00387 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

## <u>JUDGMENT</u>

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED,

AND ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 23rd day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE